**FILED**

JUL 06 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. **16 CR 431** |
| v. | Violation: Title 18, United States Code, Section 654 |
| SALVATORE PICARDI | **JUDGE DURKIN** |

**MAGISTRATE JUDGE FINNEGAN**

The SPECIAL FEBRUARY 2016 GRAND JURY charges:

On or about February 22, 2016, in the Northern District of Illinois, Eastern Division,

SALVATORE PICARDI,

defendant herein, being an officer and employee of the United States and of a department and agency thereof, embezzled and wrongly converted to his own use the money and property of another, namely, approximately $5,000 in United States Currency, which came into his possession and under his control in the execution of such office and employment, and under color and claim of authority as such officer and employee;

In violation of Title 18, United States Code, Section 654.

                                                A TRUE BILL

                                                _____

                                                FOREPERSON

_____
UNITED STATES ATTORNEY