UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SALVATORE PICARDI | No. 16 CR 431<br><br>Judge Thomas M. Durkin |

**AGREED STATEMENT OF THE CASE**

The defendant, Salvatore Picardi, is charged in an indictment with stealing $5,000 in cash from an airline passenger while employed as an officer with United States Customs and Border Protection.

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By:  /s/ *Laurie J. Barsella*
LAURIE J. BARSELLA
LINDSAY C. JENKINS
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-6069

Dated: August 22, 2017

1